FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12  HENRY OKNYANSKY,              )    No. CV 00-7678-DDP(CW)
    a.k.a. GENNADY ARZHANIK,      )
13                                )
                  Petitioner,     )    ORDER RE: RETURN TO PETITION
14                                )    FOR WRIT OF HABEAS CORPUS
             v.                   )    (28 U.S.C. § 2254)
15                                )
    GLENN MUELLER (Warden),       )
16                                )
                  Respondent.     )
17  _____)

18

19      Petitioner, a prisoner in state custody, has filed a petition for

20  writ of habeas corpus.  **IT IS ORDERED** as follows:

21      1.   The Clerk of the Court shall promptly (a) serve a copy of

22  the Petition and a copy of this Order on respondent by delivering them

23  to the Attorney General of the State of California, or his authorized

24  agent; and (b) serve a copy of this Order on petitioner.

25      2.   Respondent shall file and serve a return to the Petition

26  within twenty (20) days from the date of service of this Order.  At

27  the time the Return is filed, respondent shall lodge with the Court

28  all records pertinent to each claim addressed in the Petition and/or

ENTERED ON ICMS

1   the Return.  If respondent contends that petitioner has failed to

2   exhaust any state remedies as to any ground for relief alleged in the

3   Petition, respondent shall specify in the Return any state remedy

4   still available to petitioner.  If respondent waives or concedes the

5   issue of exhaustion, respondent shall so state, expressly, in the

6   Return.  If respondent contends that the petition is barred by the

7   applicable one-year statute of limitations, respondent shall set forth

8   in the Return the basis for the calculations, including any tolling

9   periods.  **To the extent that there is a colorable argument that the**

10  **petition cannot be decided without the Court reaching the merits of**

11  **petitioner's claims, respondent is ordered to address the merits.**

12      3.   Petitioner may file and serve a traverse to the Return

13  within twenty (20) days from the service date of the Return.  Any

14  traverse filed by petitioner (a) shall state whether petitioner admits

15  or denies each allegation of fact contained in the Return; and (b)

16  shall be limited to facts or arguments responsive to matters raised in

17  the Return.  Petitioner is advised that failure to file a traverse may

18  result in the allegations of the Return being accepted as true

19  pursuant to 28 U.S.C. § 2248.

20      4.   Alternatively, if respondent contends that the petition is

21  clearly subject to dismissal without reaching the merits of

22  petitioner's claims (e.g. because the petition is time-barred,

23  unexhausted, or successive), respondent may file a single motion to

24  dismiss (presenting all grounds for dismissal without reaching the

25  merits) in place of a return.  **Filing such a motion to dismiss will**

26  **stay this Order re: Return pending disposition of the motion.**

27      5.   If respondent files a motion to dismiss, petitioner may file

28  and serve opposition thereto within twenty (20) days from the service

1  date of the motion.  Any such opposition shall be limited to facts or
2  arguments responsive to matters raised in the motion.  Petitioner is
3  advised that failure to oppose a motion to dismiss may be construed as
4  consent to dismissal.

5       6.   Unless otherwise ordered by the Court, this case will be
6  taken under submission, without oral argument, on the date that either
7  (a) a traverse is filed, or due and not filed; or (b) an opposition to
8  a motion to dismiss is filed, or due and not filed.  The Court may
9  order further briefing or other proceedings, at any time, as
10 appropriate.

12 Dated:  _July 20, 2000_____

14                              _Carla M. Woehrle_
15                              CARLA M. WOEHRLE
                                United States Magistrate Judge

18 cc:  Henry Oknyansky
        a.k.a. Gennady Arzhanik
        CDC # J-65098
19      Folsom State Prison
        P.O. Box 71571
20      Represa, CA 95671-5071

21      Attorney General Bill Lockyer
        Attn: Chief, Criminal Division
22      300 South Spring St., Suite 500
        Los Angeles, CA 90013-1204

3