I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/3/01

DEBORAH A. MALONE
DEPUTY CLERK

Priority ✗
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES--GENERAL

Case No. CV 00-7678-ER(CW)                 Date: December 28, 2000

Title:   Henry Oknyansky a.k.a. Gennady Arzhanik v. Glenn Mueller
         (Warden)

==================================================================
DOCKET ENTRY:


==================================================================
PRESENT: HON. CARLA WOEHRLE, UNITED STATES MAGISTRATE JUDGE

        JANET ARGARIN,              N/A
        Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:    ATTORNEYS PRESENT FOR RESPONDENT(S):

    N/A                                  N/A

PROCEEDINGS (IN CHAMBERS)

    1.  The Court notes petitioner's notice of change of address filed December 21, 2000.  The Clerk of the Court is **ORDERED** to correct the docket to reflect petitioner's current address, as given below.

    2.  The Clerk shall also reserve the Notice of Filing of Magistrate Judge's Report and Recommendation, and the Report and Recommendation, on petitioner at this new address.


cc:  Henry Oknyansky
     a.k.a. Gennady Arzhanik
     INS # 72860975
     2001 Seaside Avenue
     San Pedro, CA 90731

     Deborah J. Chuang
     Deputy Attorney General
     300 South Spring Street, Suite 500
     Los Angeles, CA 90013-1204



**MINUTES FORM 11**                           Initials of Deputy Clerk ___
**CIVIL-GEN**