

Priority
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HENRY OKNYANSKY, a.k.a. GENNADY ARZHANIK, Petitioner, v. GLENN MUELLER (Warden), Respondent. | No. CV 00-7678-ER(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and any objections thereto. The Court has made a *de novo* determination with respect to any portions of the Report and Recommendation as to which objection has been made.

**IT IS ORDERED THAT:** (1) the Report and Recommendation of the United States Magistrate Judge be accepted; (2) respondent's motion to dismiss be granted; and (3) judgment be entered dismissing the petition, with prejudice, as time-barred.

DOCKETED
MLD COPY PTYS
MLD NOTICE PTYS
JS-6

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on the parties.

DATED: FEB 20 2001

                                          EDWARD RAFEEDIE
                                    United States District Judge