UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRY OKNYANSKY,<br>a.k.a. GENNADY ARZHANIK, | No. CV 00-7678-ER(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| GLENN MUELLER (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that this petition for writ of habeas corpus is dismissed with prejudice as untimely.

DATED: 2/20/01

EDWARD RAFEEDIE
United States District Judge

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).